# IN THE SUPREME COURT, STATE OF WYOMING

## 2024 WY 1

*October Term, A.D. 2023*

**January 4, 2024**

EDWARD NATHAN WARE,

**Appellant**
**(Defendant),**

v.                                                    S-23-0182

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to two counts of sexual abuse of a minor in the first degree.  Wyo. Stat. Ann. § 6-2-314(a)(iii).  The district court imposed consecutive sentences of twenty-two to thirty years.  Appellant filed this appeal to challenge the district court's July 6, 2023, Judgment and Sentence.

[¶2]    On September 28, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant may file with this Court a *pro se* brief specifying the issues for the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence should be affirmed.

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Edward Nathan Ware, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Converse County District Court's July 6, 2023, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 4th day of January, 2024.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**